FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-CR-0141-SMJ-1 |
|   Plaintiff, |       2:15-CR-0141-SMJ-3 |
| v. | **ORDER** |
| DIONICIO DURAN (01), | |
| PALEMON FRAGOZA-CAMARGO, (03), | |
|   Defendants. | |

Before the Court, without oral argument, is Plaintiff's Motion for Protective Order, ECF No. 38.  Defendants have filed no response to Plaintiff's motion.

Accordingly, **IT IS HEREBY ORDERED**: USAO's Motion for Protective Order, **ECF No. 38**, is **GRANTED.**  The Court adopts the protective order at **ECF No. 38-1.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2015\USA v Duran(sealed)-0141\ord grant protective lc1 docx

ORDER **-** 1